Dismissed and Memorandum Opinion filed December 4, 2008








Dismissed
and Memorandum Opinion filed December 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00918-CV

____________

 

GLENNA P. SMITH AND STEPHEN F.
SMITH AS THE PROPERTY OWNERS AND
THE PROPERTY OWNERS, Appellants

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL
REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellees

 



 

On Appeal from the
165th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-54201

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 24, 2007.  On November 24, 2008,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 4, 2008.

Panel consists of Justices Frost, Brown, and Boyce.